UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marc Garciaguirre et al.<br><br>Plaintiff(s),<br><br>v.<br><br>Samsung Electronics Co., Ltd. et al.<br><br>Defendant(s). | Case No. 3:26-cv-06345<br><br>**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline to magistrate judge jurisdiction in this matter. Sign this form below your selection.

☐ **CONSENT to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

☑ **DECLINE Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: June 25 , 20 26     NAME: Brian J. Dunne

/s/ Brian J. Dunne

*Signature*

COUNSEL FOR (OR "PRO SE"): Marc Garciaguirre, Tyree Burnett Jr., Joseph Flores, Rodolfo Gurrola Jr., Brook Barclift, Theo Papulis, Jeff Ramirez Ochoa, Paul Henning, Troy's Computers LLC, JB Tech Solutions LLC, Evan Feliciano, Wastenotime Developments Performance Fabrications, Brian Graber, Joseph Danson, John Prineas, Thomas Yu, and Donald Barber