| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| **Bathaee Dunne LLP**<br>**445 Park Avenue**<br><br>TELEPHONE NO.: **332-208-7337**    FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: **MARC GARCIAGUIRRE; ET AL.** | |

| **United States District Court, Northern District of California**<br>STREET ADDRESS: **280 S 1st St**<br>MAILING ADDRESS: **280 S 1st St**<br>CITY AND ZIP CODE: **San Jose 95113**<br>BRANCH NAME: **Robert F. Peckham Federal Building** |
|---|

| PLAINTIFF/PETITIONER: **MARC GARCIAGUIRRE; ET AL.** | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: **SAMSUNG ELECTRONICS CO., LTD.; ET AL.** | **5:26-cv-06345-NW** |

| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>**DRAM** |
|---|---|

1.  At the time of service I was at least 18 years of age and not a party to this action.

2.  I served copies of *(specify documents):*
    **SUMMONS; COMPLAINT; STANDING ORDER FOR ALL CIVIL CASES; STANDING ORDER FOR ALL JUDGES; INITIAL CASE MANAGEMENT ORDER**

**BY FAX**

3.  a.  Party served *(specify name of party as shown on documents served):*
        **SK Hynix Inc c/o SK Hynix America Inc**

    b.  **[X]** Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a ):*
        **Josh Swindell, Intake Specialist and person authorized to accept for CSC - Lawyers Incorporating Service.**
        **I delivered the documents to Josh Swindell who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a dyed-haired white male contact 25-35 years of age, 5'6"-5'8" tall and weighing 160-180 lbs with glasses.**

4.  Address where the party was served:
    **2710 Gateway Oaks Dr, Ste 150N, Sacramento, CA 95833**

5.  I served the party *(check proper box)*

    a.  **[X]**  **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **06/30/2026** at *(time):* **9:40 AM**
        **Josh Swindell**
        **I delivered the documents to Josh Swindell who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a dyed-haired white male contact 25-35 years of age, 5'6"-5'8" tall and weighing 160-180 lbs with glasses.**

    b.  **[ ]**  **by substituted service.** On *(date):*          at *(time):*          I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

        (1) **[ ]**  **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

        (2) **[ ]**  **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

**Page 1 of 3**

| Form Adopted for Mandatory Use<br>Judicial Council of California POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure. § 417.10<br>Tracking #: **0230302738** |
|---|---|---|

**REF: DRAM**

| PLAINTIFF/PETITIONER: MARC GARCIAGUIRRE; ET AL. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: SAMSUNG ELECTRONICS CO., LTD.; ET AL. | 5:26-cv-06345-NW |

    (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

    (4) ☐ I thereafter caused to be mailed (by first class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc § 415.20). Documents were mailed on *(date):*     from *(city):*     **or** ☐ a declaration of mailing is attached.

    (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

c. ☐ **by mail and acknowledgement of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*        (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgement of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.

b. ☐ as the person sued under the fictitious name of *(specify):*

c. ☐ as occupant.

d. ☒ On behalf of *(specify)* **SK Hynix Inc c/o SK Hynix America Inc c/o CSC - Lawyers Incorporating Service,**

    under the following Code of Civil Procedure section:

| | |
|---|---|
| ☒ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7. **Person who served papers**

a. Name: **Theresa Hechler**
b. Address: **3753 ELK RIVER CT, ANTELOPE, CA 95843**
c. Telephone number:
d. The fee for service was: **$ 78.00**
e. I am:

    (1) ☐ not a registered California process server.

    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).

    (3) ☒ registered California process server:
       (i) ☐ owner    ☐ employee    ☒ independent contractor.    For:    **ABC Legal Services, LLC**

**BY FAX**

**Page 2 of 3**

POS-010 [Rev. January 1, 2007]

REF: **DRAM**

**PROOF OF SERVICE OF SUMMONS**

Tracking #: **0230302738**



(ii) [X] Registration No.: **2026-023**       Registration #: **6779**

(iii) [X] County:        **Sacramento County**       County:    **Los Angeles**

8. [X]    **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

9. [ ]    **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date: 06/30/2026

_____
**Theresa Hechler**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

_____
(SIGNATURE)

REF: **DRAM**

**PROOF OF SERVICE OF SUMMONS**       Tracking #: **0230302738**

