DIANA A. AGUILAR ALDAPE (S.B. #304427)
daguilar@omm.com
SARA N. PAHLAVAN (S.B. #332945)
spahlavan@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone:     +415 984 8700
Facsimile:      +415 984 8701

IAN SIMMONS (*pro hac vice*)
isimmons@omm.com
BRIAN P. QUINN (*pro hac vice*)
bquinn@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC  20006-4061
Telephone:     +1 202 383 5300
Facsimile:      +1 202 383 5414

*Attorneys for Defendants*
*Samsung Electronics Co., Ltd. and Samsung Semiconductor, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| MARC GARCIAGUIRRE, et al., | |
| *Plaintiffs,* | Case No. 5:26-cv-06345-NW |
| v. | **STIPULATION RE EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT** |
| SAMSUNG ELECTRONICS CO., LTD., et al., | |
| *Defendants.* | |

Pursuant to Civil Local Rule 6-1(a), Plaintiffs and Defendants Samsung Electronics Co., Ltd. ("SEC"), Samsung Semiconductor, Inc. ("SSI"), Micron Technology, Inc. ("Micron"), SK hynix Inc. ("SKh"), and SK hynix America Inc. ("SKhA") (collectively, the "Defendants") hereby stipulate as follows:

WHEREAS, Plaintiffs filed a complaint in the above-captioned action on June 25, 2026, (the "Complaint");

WHEREAS, Defendant SSI was served with process on or about June 30, 2026;

WHEREAS, Defendant SEC is a Korean corporation, and Plaintiffs purported to serve SEC via service on SSI on June 30, 2026;

WHEREAS, Defendant SEC does not agree that Plaintiffs' service via Defendant SSI properly effected service on Defendant SEC;

WHEREAS, upon the filing of this Stipulation, Defendant SEC shall agree to waive service of process pursuant to Federal Rule of Civil Procedure 4(d);

WHEREAS, Defendant Micron Technology was served with process on or about July 6, 2026;

WHEREAS, Defendant SKhA was served with process on or about June 30, 2026;

WHEREAS, Defendant SKh is a Korean corporation, and Plaintiffs purported to serve SKh via service on SKhA on June 30, 2026;

WHEREAS, Defendant SKh does not agree that Plaintiffs' service via Defendant SKhA properly effected service on Defendant SKh;

WHEREAS, upon the filing of this Stipulation, Defendant SKh shall agree to waive service of process pursuant to Federal Rule of Civil Procedure 4(d);

WHEREAS, Plaintiffs and Defendants have conferred and agreed to extend the deadline by which Defendants shall respond to the Complaint, pursuant to Local Rule 6-1(a);

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiffs and Defendants, as follows:

Pursuant to Local Rule 6-1(a), Defendants shall not be required to file any motion(s) to dismiss or otherwise respond to the Complaint until September 2, 2026.

Dated: July 14, 2026                                 Respectfully submitted,

                                           By:/s/ *Diana A. Aguilar Aldape*

                                           DIANA A. AGUILAR ALDAPE (S.B. #304427)
                                           SARA N. PAHLAVAN (S.B. #332945)
                                           O'MELVENY & MYERS LLP
                                           Two Embarcadero Center
                                           28th Floor
                                           San Francisco, California 94111-3823
                                           Telephone: +1 415 984 8700
                                           *daguilar@omm.com*
                                           *spahlavan@omm.com*

                                           IAN SIMMONS (*pro hac vice*)
                                           BRIAN P. QUINN (*pro hac vice*)
                                           O'MELVENY & MYERS LLP
                                           1625 Eye Street, NW
                                           Washington, DC 20006
                                           Telephone: +1 202 383 5300
                                           *bquinn@omm.com*
                                           *isimmons@omm.com*

                                           *Counsel for Defendant Samsung Electronics Co., Ltd. and Samsung Semiconductor, Inc.*

                                           By:/s/ *Heather S. Nyong'o*

                                           HEATHER S. NYONG'O (S.B. #222202)
                                           CLEARY, GOTTLIEB, STEEN & HAMILTON
                                           650 California Street, Suite 2400
                                           San Francisco, CA 94108
                                           Telephone: (415) 796-4480
                                           *hnyongo@cgsh.com*

                                                 STIPULATION RE EXTENSION OF TIME TO
                                        2    RESPOND TO PLAINTIFFS' COMPLAINT CASE NO.
                                                          5:26-CV-06345-NW

BRIAN BYRNE (S.B. #181362)
YE EUN (CHARLOTTE) CHUN (S.B. #331459)
CLEARY, GOTTLIEB, STEEN & HAMILTON
151 University Avenue
Palo Alto, CA 94301
Telephone: (650) 815-4110
*bbyrne@cgsh.com*
*chchun@cgsh.com*

STEVEN J. KAISER (*pro hac vice*)
CLEARY, GOTTLIEB, STEEN & HAMILTON
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 974-1554
*skaiser@cgsh.com*

*Counsel for Defendants SK hynix Inc. and SK hynix America Inc.*

By: /s/ *Rachel S. Brass*

RACHEL S. BRASS (S.B. #219301)
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: (415) 393-8200
*rbrass@gibsondunn.com*
*jkleinbrodt@gibsondunn.com*

BLAINE H. EVANSON (S.B. #254338)
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive, Suite 1200
Irvine, CA 92612-4412
Telephone: (949) 451-3800
*bevanson@gibsondunn.com*

*Counsel for Defendant Micron Technology, Inc.*

By: /s/ *Brian J. Dunne*

YAVAR BATHAEE (CA 232388)
ANDREW C. WOLINSKY (CA 345965)
BATHAEE DUNNE LLP
445 Park Avenue, 9th Floor
New York, NY 10022

Telephone: (332) 322-8835
*yavar@bathaedunne.com*
*awolinsky@bathaeedunne.com*

BRIAN J. DUNNE (CA 275689)
EDWARD M. GRAUMAN (*p.h.v. to be sought*)
BRYCE TALBOT (*pro hac vice*)
BATHAEE DUNNE LLP
901 South MoPac Expressway
Barton Oaks Plaza I, Suite 300
Austin, TX 78746
Telephone: (213) 462-2772
*bdunne@bathaeedunne.com*
*egrauman@bathaeedunne.com*
*btalbot@bathaeedunne.com*

ALLISON WATSON (CA 328596)
PRISCILLA GHITA (CA 368190)
BATHAEE DUNNE LLP
3420 Bristol Street, Suite 600
Costa Mesa, CA 92626
Telephone: (213) 462-2772
*awatson@bathaeedunne.com*
*pghita@bathaeedunne.com*

*Counsel for Plaintiffs and the Proposed Classes*

STIPULATION RE EXTENSION OF TIME TO
RESPOND TO PLAINTIFFS' COMPLAINT CASE NO.
5:26-CV-06345-NW

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the signatories. These records will be retained in the filer's records until one (1) year after the final resolution of the action.

_/s/ Sara N. Pahlavan_

Sara N. Pahlavan