UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Marc Garciaguirre et al.            ,

Plaintiff(s),

v.

Samsung Electronics Co., Ltd.   ,

Defendant(s).

Case No. 5:26-cv-06345-NW_____

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Edward M. Grauman_____, an active member in good standing of the bar of the State of Texas_____, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiffs_____ in the above-entitled action. My local co-counsel in this case is Brian J. Dunne_____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 275689_____.

Bathaee Dunne LLP, 901 South MoPac Expressway, Barton Oaks Plaza I, Suite 300
Austin, TX 78731
MY ADDRESS OF RECORD

(512) 575-8848
MY TELEPHONE # OF RECORD

egrauman@bathaeedunne.com
MY EMAIL ADDRESS OF RECORD

Bathaee Dunne LLP, 901 South MoPac Expressway, Barton Oaks Plaza I, Suite 300
Austin, TX 78731
LOCAL CO-COUNSEL'S ADDRESS OF RECORD*

(213) 462-2272
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

bdunne@bathaeedunne.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24081931_____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 2_____ times in the 12 months preceding this application.

*Mr. Dunne maintains an office within the State of California at 3420 Bristol Street, Suite 600, Costa Mesa, CA 92626.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 7/15/2026

Edward M. Grauman
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Edward M. Grauman  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:      July 16, 2026

UNITED STATES DISTRICT~~MAGISTRATE~~ JUDGE

Updated 11/2021

2