DIANA A. AGUILAR ALDAPE (S.B. #304427)
daguilar@omm.com
SARA N. PAHLAVAN (S.B. #332945)
spahlavan@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone: +415 984 8700
Facsimile: +415 984 8701

IAN SIMMONS (*pro hac vice*)
isimmons@omm.com
BRIAN P. QUINN (*pro hac vice*)
bquinn@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006-4061
Telephone: +1 202 383 5300
Facsimile: +1 202 383 5414

*Attorneys for Defendants*
*Samsung Electronics Co., Ltd. and Samsung Semiconductor, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MARC GARCIAGUIRRE, et al.,<br>*Plaintiffs*,<br>v.<br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br>*Defendants*. | Case No. 5:26-cv-06345-NW<br>**JOINT STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS AND TO CONTINUE SEPTEMBER 29, 2026 CASE MANAGEMENT CONFERENCE AND CORRESPONDING CASE DEADLINES** |

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, Plaintiffs and Defendants Samsung Electronics Co., Ltd. ("SEC"), Samsung Semiconductor, Inc. ("SSI"), Micron Technology, Inc. ("Micron"), SK hynix Inc. ("SKh"), and SK hynix America Inc. ("SKhA") (collectively, the "Defendants") hereby stipulate as follows:

WHEREAS, Plaintiffs filed a complaint in the above-captioned action on June 25, 2026;

WHEREAS, pursuant to the parties' stipulation, Defendants moved to dismiss the complaint on September 2, 2026 (see Dkt. No. 58);

WHEREAS, the Initial Case Management Conference for this matter is currently scheduled for September 29, 2026, and the Joint Case Management Statement is due on September 11, 2026 (see Dkt. No. 15);

WHEREAS, the parties agree that the Case Management Conference should be rescheduled to January 26, 2027, or a date thereafter that is convenient for the Court;

WHEREAS, the parties agree that initial disclosures under Rule 26(a)(1) will be due no later than January 19, 2027;

WHEREAS, the parties agree that the Joint Case Management Statement shall be filed no later than January 8, 2027;

WHEREAS, the parties agree to confer in compliance with Rule 26(f) no later than January 5, 2027;

WHEREAS, the parties agree that ADR Certifications shall be filed no later than January 5, 2027;

WHEREAS, the parties agree to work constructively to advance the action during the pendency of briefing and a possible hearing on Defendants' Rule 12 motion to dismiss, including entering into an agreement regarding the discovery of Electronically Stored Information ("ESI") and a protective order no later than November 20, 2026;

WHEREAS, the parties agree that in light of the October 21, 2026 hearing on Defendants' motion to dismiss, Plaintiffs' opposition shall be filed no later than September 22, 2026, and Defendants' reply shall be filed no later than October 7, 2026;

WHEREAS, the parties agree that all further dates based on the initial case management conference should be continued in accordance with the new case management conference date;

**IT IS HEREBY STIPULATED AND AGREED** by the parties, through their counsel, subject to the approval of the Court, that the September 29, 2026 Case Management Conference is continued to January 26, 2027, at 9:00 a.m. via Zoom. The parties shall meet and confer regarding initial disclosures, early settlement, ADR process selection, and a discovery plan no later than January 5, 2027, and shall file their ADR Certifications no later than that date. The parties shall file their Joint Case Management Statement no later than January 8, 2027. The parties shall complete initial disclosures pursuant to Rule 26(a)(1) no later than January 19, 2027, unless otherwise stipulated or ordered. The parties shall file an ESI stipulation and proposed protective order no later than November 20, 2026. Plaintiffs shall file their opposition to Defendants' motion to dismiss no later than September 22, 2026, and Defendants shall file their reply no later than October 7, 2026.

Dated September 2, 2026

Respectfully submitted,

By: */s/ Diana A. Aguilar Aldape*

DIANA A. AGUILAR ALDAPE (S.B. #304427)
SARA N. PAHLAVAN (S.B. #332945)
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, California 94111-3823
Telephone: +1 415 984 8700
*daguilar@omm.com*
*spahlavan@omm.com*

IAN SIMMONS (*pro hac vice*)
BRIAN P. QUINN (*pro hac vice*)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone: +1 202 383 5300
*bquinn@omm.com*
*isimmons@omm.com*

*Counsel for Defendant Samsung Electronics Co., Ltd. and Samsung Semiconductor, Inc.*

By: */s/ Heather S. Nyong'o*

HEATHER S. NYONG'O (S.B. #222202)
CLEARY, GOTTLIEB, STEEN & HAMILTON
650 California Street, Suite 2400
San Francisco, CA 94108
Telephone: (415) 796-4480
*hnyongo@cgsh.com*

BRIAN BYRNE (S.B. #181362)
YE EUN (CHARLOTTE) CHUN (S.B. #331459)
CLEARY, GOTTLIEB, STEEN & HAMILTON
151 University Avenue
Palo Alto, CA 94301
Telephone: (650) 815-4110
*bbyrne@cgsh.com*
*chchun@cgsh.com*

STEVEN J. KAISER (*pro hac vice*)
CLEARY, GOTTLIEB, STEEN & HAMILTON
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 974-1554
*skaiser@cgsh.com*

*Counsel for Defendants SK hynix Inc. and SK hynix America Inc.*

By: */s/ Rachel S. Brass*

RACHEL S. BRASS (S.B. #219301)
JULIAN W. KLEINBRODT (S.B. #302085)
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: (415) 393-8200
*rbrass@gibsondunn.com*
*jkleinbrodt@gibsondunn.com*

BLAINE H. EVANSON (S.B. #254338)

GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive, Suite 1200
Irvine, CA 92612-4412
Telephone: (949) 451-3800
*bevanson@gibsondunn.com*

*Counsel for Defendant Micron Technology, Inc.*

By: /s/ *Yavar Bathaee*

YAVAR BATHAEE (CA 232388)
ANDREW C. WOLINSKY (CA 345965)
BATHAEE DUNNE LLP
445 Park Avenue, 9th Floor
New York, NY 10022
Telephone: (332) 322-8835
*yavar@bathaedunne.com*
*awolinsky@bathaeedunne.com*

BRIAN J. DUNNE (CA 275689)
EDWARD M. GRAUMAN (*p.h.v. to be sought*)
BRYCE TALBOT (*pro hac vice*)
BATHAEE DUNNE LLP
901 South MoPac Expressway
Barton Oaks Plaza I, Suite 300
Austin, TX 78746
Telephone: (213) 462-2772
*bdunne@bathaeedunne.com*
*egrauman@bathaeedunne.com*
*btalbot@bathaeedunne.com*

ALLISON WATSON (CA 328596)
PRISCILLA GHITA (CA 368190)
BATHAEE DUNNE LLP
3420 Bristol Street, Suite 600
Costa Mesa, CA 92626
Telephone: (213) 462-2772
*awatson@bathaeedunne.com*
*pghita@bathaeedunne.com*

*Counsel for Plaintiffs and the Proposed Classes*

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the signatories. These records will be retained in the filer's records until one (1) year after the final resolution of the action.

*/s/ Sara N. Pahlavan*

Sara N. Pahlavan

**PROPOSED ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: ______________________

______________________________________

Hon. Noël Wise
United States District Judge