DIANA A. AGUILAR ALDAPE (S.B. #304427)
daguilar@omm.com
SARA N. PAHLAVAN (S.B. #332945)
spahlavan@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone: +415 984 8700
Facsimile: +415 984 8701

IAN SIMMONS (*pro hac vice*)
isimmons@omm.com
BRIAN P. QUINN (*pro hac vice*)
bquinn@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006-4061
Telephone: +1 202 383 5300
Facsimile: +1 202 383 5414

*Attorneys for Defendants*
*Samsung Electronics Co., Ltd. and Samsung Semiconductor, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

MARC GARCIAGUIRRE, et al.,

*Plaintiffs*,

v.

SAMSUNG ELECTRONICS CO., LTD., et al.,

*Defendants*.

Case No. 5:26-cv-06345-NW

**DECLARATION OF DIANA AGUILAR ALDAPE IN SUPPORT OF PARTIES' JOINT STIPULATION UNDER LOCAL RULE 6-2(A) REQUESTING AN ORDER CONTINUING THE SEPTEMBER 29, 2026 CASE MANAGEMENT CONFERENCE AND CORRESPONDING CASE DEADLINES AND TO SET BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS**

Complaint Filed: June 25, 2026
Trial Date: None set
Judge: Hon. Noël Wise

I, Diana Aguilar Aldape, under penalty of perjury, declare as follows:

1. I am an attorney at law, duly admitted and in good standing to practice in the State of California and the United States District Court for the Northern District of California, and I am a partner of the firm O'Melveny & Myers LLP, counsel for Defendants Samsung Electronics Co., Ltd. and Samsung Semiconductor, Inc. I submit this declaration based upon my personal knowledge in support of the parties' Joint Stipulation Under Local Rule 6-2(a) to Set Briefing Schedule on Defendants' Motion to Dismiss and to Continue September 29, 2026 Case Management Conference and Corresponding Case Deadlines. I have personal knowledge of the facts set forth herein, and, if called upon, I could and would testify thereto.

2. Plaintiffs filed a complaint in the above-captioned action on June 25, 2026, and pursuant to the parties' joint stipulation, Defendants' deadline to file their response was September 2, 2026 (see Dkt. No. 43).

3. The Initial Case Management Conference for this matter is currently scheduled for September 29, 2026, and the Joint Case Management Statement is currently due on September 11, 2026 (see Dkt. No. 15).

4. All parties have conferred and agree that judicial economy would best be served by (1) continuing the Initial Case Management Conference and intervening deadlines until after the parties have the opportunity to brief a motion to dismiss the complaint and the Court holds a hearing, and (2) extending the briefing deadlines for the opposition to the motion to dismiss and reply in support of the motion to dismiss by a modest amount.

5. Good cause exists for the requested continuance and the extension of the briefing deadlines for the motion to dismiss because Defendants filed a motion to dismiss that may eliminate the need for further proceedings or narrow the issues relevant to case management and discovery, and the parties believe that a brief extension of the deadlines for the opposition and reply briefing deadlines for the motion to dismiss would be reasonable and proportional under the circumstances and preserve the two-week lag between the filing of the reply brief and the October 21, 2026 hearing date, as Local Rules 7-2(a) and 7-3(a) and (c) envision. The requested continuance will allow the

anticipated pleading motion to be briefed and any hearing or resolution of that motion before the parties incur the time and expense associated with preparing for full discovery. The continuance is narrowly tailored to that objective.

6. The only other time modification in this case, whether by stipulation or Court order, was the Stipulation Regarding Extension of Time to Respond to Plaintiffs' Complaint filed on July 14, 2026 (see Dkt. No. 43).

7. The requested continuance would affect the case schedule as follows: the Initial Case Management Conference would be continued to January 26, 2027, at 9:00 a.m., via Zoom; the Rule 26(f) conference would occur, and the ADR Certifications would be due, on January 5, 2027; the Joint Case Management Statement would be due on January 8, 2027; initial disclosures would be due on January 19, 2027; the parties will file an ESI stipulation and proposed protective order no later than November 20, 2026; Plaintiffs' opposition to Defendants' motion to dismiss will be due September 22, 2026 and Defendants' reply will be due October 7, 2026, unless otherwise stipulated or ordered. All other deadlines calculated from the Initial Case Management Conference would continue in accordance with the new Case Management Conference date, unless otherwise ordered by the Court.

8. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed in San Francisco, California on September 2, 2026.

Dated September 2, 2026

Respectfully submitted,

By: */s/ Diana A. Aguilar Aldape*

DIANA A. AGUILAR ALDAPE