HEATHER S. NYONG'O (S.B. #222202)
hnyongo@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
650 California Street, Suite 2400
San Francisco, CA 94108
Telephone: (415) 796-4480

*Attorney for Defendants SK hynix Inc. and SK hynix America Inc.*

DIANA A. AGUILAR ALDAPE (S.B. #304427)
SARA N. PAHLAVAN (S.B. #332945)
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700
daguilar@omm.com
spahlavan@omm.com

*Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Semiconductor, Inc.*

RACHEL S. BRASS (S.B. # 219301)
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 393-8293
RBrass@gibsondunn.com

*Attorney for Defendant Micron Technology, Inc.*

Refer to signature page for all counsel of record.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MARC GARCIAGUIRRE, et al.,<br>*Plaintiffs*,<br>v.<br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br>*Defendants*. | Case No. 5:26-cv-06345-NW<br>**Defendants' Administrative Motion to Continue Initial Case Management Conference and Corresponding Deadlines** |

## MOTION FOR ADMINISTRATIVE RELIEF

Pursuant to Civil Local Rules 7-11 and 16-2(d), Defendants Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., Micron Technology, Inc., SK hynix Inc., and SK hynix America Inc. (collectively, "Defendants") respectfully request an order modifying the remaining case-management deadlines and continuing the Case Management Conference, to account for the Clerk resetting oral argument on Defendants' pending Motion to Dismiss from October 21, 2026 to November 13, 2026 (Dkt. 64). To keep the case schedule in step with that change, the Defendants propose moving the remaining pre-conference deadlines and the Case Management Conference by a corresponding amount of time, with minor adjustments to accommodate the end-of-year holidays and the Court's practices.

The current and proposed dates are as follows:

| Event | Current | Proposed |
|---|---|---|
| ESI Stipulation and Proposed Protective Order | Friday, November 20 | Monday, December 14 |
| Meet and Confer re: Initial Disclosures, Early Settlement, ADR Process Selection, and Discovery Plan | Monday, November 23 | Tuesday, December 15 |
| ADR Certification | Monday, November 23 | Tuesday, December 15 |
| Joint Case Management Statement | Wednesday, November 25 | Friday, December 18 |
| Initial Disclosures | Monday, December 7 | Tuesday, January 5, 2027 |
| Case Management Conference | Tuesday, December 15 | Tuesday, January 5, 2027 |

The requested modifications will not affect any other deadline in this case. Defendants have conferred with counsel for Plaintiffs, and Plaintiffs take no position on Defendants' proposal. For these reasons, Defendants respectfully requests that the Court enter the accompanying proposed order.

Dated: October 23, 2026

By: */s/ Heather S. Nyong'o*
HEATHER S. NYONG'O (S.B. #222202)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
650 California Street, Suite 2400
San Francisco, CA 94108
Telephone: (415) 796-4480
*hnyongo@cgsh.com*

BRIAN BYRNE (S.B. #181362)
YE EUN (CHARLOTTE) CHUN (S.B. #331459)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
151 University Avenue
Palo Alto, CA 94301
Telephone: (650) 815-4110
*bbyrne@cgsh.com*
*chchun@cgsh.com*

STEVEN J. KAISER*
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 974-1554
*skaiser@cgsh.com*
*Admitted *Pro Hac Vice*

*Counsel for Defendants SK hynix Inc. and SK hynix America Inc.*

By: */s/ Brian P. Quinn*
IAN SIMMONS*
BRIAN P. QUINN*
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
*isimmons@omm.com*
*bquinn@omm.com*
*Admitted *Pro Hac Vice*

DIANA A. AGUILAR ALDAPE (S.B. #304427)
SARA N. PAHLAVAN (S.B. #332945)
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700
*daguilar@omm.com*
*spahlavan@omm.com*

*Counsel for Defendants Samsung Electronics Co., Ltd. and Samsung Semiconductor, Inc.*

By: */s/ Rachel S. Brass*
RACHEL S. BRASS (S.B. # 219301)
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 393-8293
*RBrass@gibsondunn.com*

BLAINE H. EVANSON (S.B. # 254338)
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive, Suite 1200
Irvine, CA 92612
Telephone: (949) 451-3805
*BEvanson@gibsondunn.com*

*Counsel for Defendant Micron Technology, Inc.*

## ATTESTATION OF CONCURRENCE IN FILING

Pursuant to Local Rule 5-1(i)(3), I attest that the signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the e-filing of this document.

Dated: October 23, 2026

Respectfully submitted,

By: */s/ Brian P. Quinn*

Brian P. Quinn
*Attorney for Defendants Samsung Electronics Co., Ltd. and Samsung Semiconductor, Inc.*