HEATHER S. NYONG'O (S.B. #222202)
hnyongo@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
650 California Street, Suite 2400
San Francisco, CA 94108
Telephone: (415) 796-4480

*Attorney for Defendants SK hynix Inc. and SK hynix America Inc.*

DIANA A. AGUILAR ALDAPE (S.B. #304427)
SARA N. PAHLAVAN (S.B. #332945)
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700
daguilar@omm.com
spahlavan@omm.com

*Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Semiconductor, Inc.*

RACHEL S. BRASS (S.B. # 219301)
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 393-8293
RBrass@gibsondunn.com

*Attorney for Defendant Micron Technology, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MARC GARCIAGUIRRE, et al.,<br>*Plaintiffs*,<br>v.<br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br>*Defendants*. | Case No. 5:26-cv-06345-NW<br><br>**Declaration of Brian P. Quinn in Support of Defendants' Administrative Motion to Continue Initial Case Management Conference and Corresponding Deadlines** |

I, Brian P. Quinn, under penalty of perjury, declare as follows:

1. I am a partner of the firm O'Melveny & Myers LLP and counsel for Defendants Samsung Electronics Co., Ltd. and Samsung Semiconductor, Inc. in this action. I am duly admitted and in good standing to practice in the Bars of the Commonwealth of Virginia and the District of Columbia, and admitted *pro hac vice* in the above-captioned case. I submit this declaration based upon my personal knowledge in support of Defendants' Administrative Motion to Modify Case Management Deadlines and Corresponding Deadlines. I have personal knowledge of the facts set forth herein, and, if called upon, I could and would testify thereto.

2. On October 15, 2026, I discussed with Edward Grauman, counsel for Plaintiffs, Defendants' proposal for a joint stipulation to modify the remaining case management deadlines and continue the Case Management Conference, to account for the Clerk resetting oral argument on Defendants' pending Motion to Dismiss from October 21, 2026 to November 13, 2026.

3. On October 19, 2026, Mr. Grauman informed me via email that Plaintiffs take no position on Defendants' proposal.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed in Washington, DC on October 23, 2026.

Dated: October 23, 2026

Respectfully submitted,

By: /s/ *Brian P. Quinn*

Brian P. Quinn