**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

MARC GARCIAGUIRRE, et al.,

*Plaintiffs*,

v.

SAMSUNG ELECTRONICS CO., LTD., et al.,

*Defendants*.

Case No. 5:26-cv-06345-NW

**[PROPOSED] ORDER**

Having considered the Administrative Motion to Modify Case Management Deadlines and Corresponding Deadlines, and good cause appearing, the motion is GRANTED. The case management deadlines are modified as follows:

| Event | Current | Proposed |
|---|---|---|
| ESI Stipulation and Proposed Protective Order | Friday, November 20 | Monday, December 14 |
| Meet and Confer re: Initial Disclosures, Early Settlement, ADR Process Selection, and Discovery Plan | Monday, November 23 | Tuesday, December 15 |
| ADR Certification | Monday, November 23 | Tuesday, December 15 |
| Joint Case Management Statement | Wednesday, November 25 | Friday, December 18 |
| Initial Disclosures | Monday, December 7 | Tuesday, January 5, 2027 |
| Case Management Conference | Tuesday, December 15 | Tuesday, January 5, 2027 |

**IT IS SO ORDERED.**

Dated: ______________________ ______________________

Hon. Noël Wise
United States District Judge